| Attorney or Party without Attorney:<br>RICHARD C. BENNETT, Esq.<br>BENNETT & JOHNSON<br>1901 HARRISON ST., #1600<br>OAKLAND, CA 94612<br><br>Attorney for: Plaintiff | Telephone No.:<br>(510) 444-5020<br><br>Bar #60561<br><br>Ref. No. or File No.:<br>SALTELLI | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: IVANA SALTELLI
Defendant: SAN FRANCISCO MARITIME NATIONAL HISTORICAL PARK

| PROOF OF SERVICE<br>(Summons In A Civil Action;) | Hearing Date: | Time: | Dept/Div | Case Number:<br>4:20-CV-06136-DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and **I served copies** of the:
   Summons In A Civil Action; Complaint; Order Setting Initial Case Management Conference And A D R Deadlines

2. a. Party Served:      SAN FRANCISCO MARITIME NATIONAL HISTORICAL PARK (Defendant)

   b. Person Served:     BERT HO - Park Service Cultural Resources Dept. - Person Authorized to Accept

   c. Address:           2 MARINA BOULEVARD
                         BUILDING E, 2nd FLOOR
                         SAN FRANCISCO, CA 94123

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:   Mon, Oct. 26, 2020
      (2) at:   12:16PM

5. Person serving:
   TODD BRENNECK
   SAME DAY ATTORNEY SERVICE
   Email: samedayas@sbcglobal.net
   4200 PARK BLVD., #530
   OAKLAND, CA 94602
   (510) 536-4000

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:* $127.80
   d. Registered California process server.
      (2) Registration No.: 1247
      (3) County: SAN FRANCISCO

6. *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Oct. 30, 2020

   ▶ _(Signature)_

   Jud. Coun. form, rule 982(a)(23)        PROOF OF SERVICE        BENNRICK.53950