RICHARD C. BENNETT, ESQ. (State Bar No. 60561)
ANDREW JOHNSON, ESQ. (State Bar No. 282082)
**BENNETT & JOHNSON, LLP**
1901 Harrison Street, Suite 1600
Oakland, California 94612
Telephone:     (510) 444-5020
Facsimile:     (510) 835-4260
*andrew@bennettjohnsonlaw.com*
Attorneys for Plaintiff
IVANA SALTELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA SALTELLI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAN FRANCISCO MARITIME<br>NATIONAL HISTORICAL PARK;<br>SAN FRANCISCO MARITIME MUSEUM;<br>and DOES 1 through 50, inclusive,<br><br>                    Defendants, | CASE NO.:     4:20-CV-06136-DMR<br><br>**PLAINTIFF'S CASE MANAGEMENT STATEMENT** |

Plaintiff IVANA SALTELLI, hereby submits this Case Management Statement, as follows:

**1.   Jurisdiction & Service:**

This Court has federal question jurisdiction under 28 U.S.C. §1331 AND 28 U.S.C. §1332 and supplemental jurisdiction of any state law claim set forth herein under 28 U.S.C. §1367.  Venue of this action lies in this District pursuant to 28 U.S.C. §1391(b), as the Defendants reside in this District and a substantial part of the events or omissions giving rise to

1

1    this claim occurred in this District.

2           Both Defendants were served with this Complaint and Summons on October 26, 2020.

3    Proofs of service were filed on November 13, 2020. Defendants' Answers were due on December

4    24, 2020. For reasons unknown to Plaintiff Defendants have not appeared in this case.

5       **2.  Facts:**

6           This is a personal injury lawsuit brought by IVANA SALTELLI an Italian citizen, who

7    suffered a right ankle fracture while on a tour of the Hercules Tugboat, owned and operated by

8    Defendants SAN FRANCISCO MARITIME NATIONAL HISTORICAL PARK, SAN

9    FRANCISCO MARITIME MUSEUM, and DOES 1-20.

10          Plaintiff contends that the Hercules was in a defective and dangerous condition, in that an

11   unmarked and hazardous "mini-step" caused Plaintiff to fall and break her ankle. Plaintiff's fall

12   occurred on 10/2/2018. Plaintiff has undergone corrective surgery on her right ankle and will

13   require additional surgery to remove hardware.

14      **3.  Legal Issues:**

15          Plaintiff alleges negligence as it pertains to the Defendants' ownership, maintenance, and

16   control of the Hercules Tugboat, specifically the "mini-step" which caused Plaintiff's fall. The

17   only potential legal issue at this time is service upon the Defendants.

18      **4.  Motions:**

19          Plaintiff has been forced to make a Request for Default.

20      **5.  Amendment of Pleadings:**

21          Plaintiff does not anticipate any amendments to the pleadings at this time but reserves the

22   right to seek such amendments as allowed by law should discovery of facts deem such

23   amendment necessary.

24      **6.  Evidence Preservation:**

25          Plaintiff has reviewed the Norther District's Guidelines related to Discovery of

26   Electronically Stored Information.  Plaintiff is not aware of any evidence in need of preservation

27   or any electronically stored Information. Plaintiff will meet and confer with defense counsel

28   ─────────────────────────────                    2

Bennett
Johnson LLP

1  further regarding electronic discovery issues.

2      **7.  Disclosures:**

3      Plaintiff anticipates making timely initial disclosures pursuant to the requirements of Fed.

4  R. Civ. P. 26, as soon as a Defendant appears in this action.

5      **8.  Discovery:**

6      No formal discovery has taken place to date.  Defendants have not yet appeared in this

7  action.

8      **9.  Class Actions:**

9      Not applicable.

10      **10. Related Cases:**

11      None.

12      **11. Relief:**

13      By this Complaint, plaintiff seeks general and special damages, including, but not limited

14  to the reasonable value of all past and future economic damages for medical expenses,

15  medications, hospitalizations, therapy, counseling and other related expenses. Plaintiff's past

16  medical bills total approximately $95,000.00; past and future economic damages for lost wages,

17  currently being calculated; past economic incidental damages for travel changes; past and future

18  non-economic damages for pain and suffering; for costs of suit incurred herein; for pre-judgment

19  interests according to proof, pursuant to Civil Code §3291; and such other and further relief this

20  Court deems just and proper and/or is appropriate under the law, and all according to proof at

21  trial.

22      **12. Settlement and ADR:**

23      Subject to completion of preliminary discovery, the plaintiff is amenable to private

24  mediation and/or a settlement conference with a Magistrate Judge.

25      **13. Consent to Magistrate Judge for All Purposes:**

26      Plaintiff has consented to the Magistrate Judge.

27  ///

28



**14. Other References:**

Plaintiff does not believe this case is suitable for reference to binding arbitration, special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues:**

Plaintiff does not believe any narrowing of issues is necessary.

**16. Expedited Trial Procedure:**

This case should proceed in the normal course.

**17. Scheduling:**

Defendants have not yet appeared in this matter. Plaintiff has been forced to file a request for default.

**18. Trial:**

Jury trial with a trial estimate of 4-5 days.

**19. Disclosure of Non-Party Interested Entities or Persons:**

Pursuant to Civil Local Rule 3-16, there are no non-party interested entities or persons.

**20. Professional Conduct:**

Plaintiff's attorney has reviewed the Guidelines for Professional Conduct for the Northern District of California.

///
///
///
///
///
///
///
///
///
///

4

PLAINTIFF'S CASE MANAGEMENT STATEMENT

1

**21. Other Matters:**

Defendants, both Federal Government entities, have not appeared in this matter. Both Defendants were served with this Complaint and Summons on October 26, 2020. Proofs of service were filed on November 13, 2020. Defendants' Answers were due on December 24, 2020. For reasons unknown to Plaintiff Defendants have not appeared in this case.

Plaintiff has filed a Request for Default. Plaintiff also continues to meet and confer with Defendants regarding acceptance of service.

DATED:  February 24, 2021                    Respectfully submitted,


BENNETT & JOHNSON, LLP


By:_____/s/_____
        ANDREW L. JOHNSON
        Attorneys for the Plaintiff

5

Bennett
Johnson LLP