RICHARD C. BENNETT, ESQ. (State Bar No. 60561)
ANDREW JOHNSON, ESQ. (State Bar No. 282082)
**BENNETT & JOHNSON, LLP**
1901 Harrison Street, Suite 1600
Oakland, California 94612
Telephone: (510) 444-5020
Facsimile: (510) 835-4260
andrew@bennettjohnsonlaw.com
Attorneys for Plaintiff
IVANA SALTELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA SALTELLI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO MARITIME NATIONAL HISTORICAL PARK; SAN FRANCISCO MARITIME MUSEUM; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants, | CASE NO.:　　4:20-CV-06136-DMR<br><br>**REQUEST TO ENTER DEFAULT** |

Plaintiff IVANA SALTELLI, hereby submits this Request to the Clerk of the above-entitled Court:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff IVANA SALTELLI, hereby requests that the Clerk of this Court enter a default in this matter against Defendants SAN FRANCISCO MARITIME NATIONAL HISTORY PARK, and SAN FRANCISCO MARITIME MUSEUM on the grounds that said Defendants have failed to appear or otherwise respond to the Complaint within the prescribed Rules of Federal Civil Procedure.

1

REQUEST FOR DEFAULT

This Complaint was served on both Defendants on October 26, 2020, during the COVID shutdown. Service was completed at the National Historical Park Headquarters due to the fact that the San Francisco Federal Building was shut down for COVID concerns. The National Historical Park Headquarters (2 Marina Blvd., building E, 2nd Floor, San Francisco) was also where the Department of the Interior advised Plaintiff service could be completed.

On October 27, 2020 the Department of the Interior confirmed by email that "the park" had received Plaintiff's Complaint.

The address where service was performed is the address listed online as the San Francisco Maritime National Historical Park Headquarters.

According to Rule 12(a)(2) of the Federal Rules of Civil Procedure the deadline for Defendants SAN FRANCISCO MARITIME NATIONAL HISTORY PARK, and SAN FRANCISCO MARITIME MUSEUM to respond has passed. The proofs of service related to each Defendant were filed with this Court on November 13, 2020.

Defendants' responsive Pleadings were due on December 25, 2020 but no responses have ever been provided. Plaintiff respectfully request that Default be entered against both Defendants.

DATED: February 24, 2021          Respectfully submitted,


                                  BENNETT & JOHNSON, LLP


                                  By:_____/s/_____
                                      ANDREW L. JOHNSON
                                      Attorneys for the Plaintiff

REQUEST FOR DEFAULT                          2